B 3B (Official Form 3B) (12/07) -- Cont.

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: Krystof, Mary Beth    Case No. 10 B 46087
    Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$74.75 on or before November 4, 2010
$74.75 on or before December 6, 2010
$74.75 on or before January 4, 2011
$74.75 on or before February 4, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                    (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 10/20/10

BY THE COURT:
Carol A. Doyle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
MARY BETH KRYSTOF, )
) Case No. 10 B 46087
Debtor(s). )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on October 20, 2010, she caused copies of the attached Order to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

Mary Beth Krystof
505 West 43rd Place
Chicago, Illinois 60609

Gregg Szilagyi, Chapter 7 Trustee
(via the court's electronic notification system)

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle